# ELECTRONIC RECORD

773-13

COA # 14-12-00182-CR     OFFENSE: Murder

STYLE: Louis Douglas Rogers v The State of Texas     COUNTY: Harris

COA DISPOSITION: Affirmed as Modified     TRIAL COURT: 262nd District Court

DATE: 06/06/2013     Publish: Yes     TC CASE #: 1306523

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: _____     CCA #: **773-13**

_____ State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

Granted & remanded

DATE: April 16, 2014

JUDGE: Pc

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_Appellant's_ PETITION FOR DISCRETIONARY REVIEW

IS _refused_

DATE _April 16, 2014_

_Pc_

**JUDGE**